UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Christopher Chin,**<br>on behalf of himself and all<br>others similarly situated,<br><br>           **Plaintiff,**<br><br>v.<br><br>**The Tile Shop, LLC,**<br><br>           **Defendant**. | Civil No. 13-CV-2969 (SRN/JSM)<br><br>**ORDER** |

_____

J. Derek Braziel, Lee & Braziel, LLP, 1801 N. Lamar St., Suite 325, Dallas, TX 75202; Rowdy B. Meeks, Rowdy Meeks Legal Group, LLC, 10601 Mission Road, Suite 100, Leawood, KS 66206; Paul J. Lukas and Michele R. Fisher, Nichols Kaster, PLLP, 80 South 8th Street, Suite 4600, Minneapolis, MN 55402-2242, for Plaintiff.

Joseph M. Sokolowski, Lindsay J. Sokolowski, and Krista A.P. Hatcher, Fredrikson & Byron, PA, 200 South 6th Street, Suite 4000, Minneapolis, MN 55402-1425, for Defendant.

_____

SUSAN RICHARD NELSON, United States District Court Judge

Defendant The Tile Shop, LLC ("The Tile Shop") requests permission to file a sur-reply in response to the Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment. (Letter of 8/3/16 at 1-2 [Doc. No. 133].) The Tile Shop contends that Plaintiff raised new grounds for his motion in the Reply Memorandum and presented matters that were not related to Defendant's Memorandum in Opposition. (Id. at 1.)

The Court disagrees. The Fair Labors Standards Act ("FLSA") legislative history

referenced in Plaintiff's Reply, (Pl.'s Reply at 3-7 [Doc. No. 130]), responds to case law presented in Defendant's Memorandum in Opposition that discusses the congressional intent behind the FLSA. (Def.'s Opp'n Mem. at 10-12 [Doc. No. 120].) The information in Plaintiff's Reply concerning certain procedures of The Tile Shop, (Pl.'s Reply at 2-3), is also responsive to a lengthy discussion of Defendant's processes and procedures found in Defendant's Memorandum in Opposition. (Def.'s Opp'n Mem. at 3-7.) Accordingly, the Court finds no violation of the Local Rules and denies The Tile Shop's request to file a sur-reply. Defendant, of course, is free to respond to any of Plaintiff's arguments at the hearing on the parties' motions.

Dated:   August 4, 2016

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge
